IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BRIAN SCOTT BERRYMAN**                                                    **PETITIONER**

**V.**                                                     **CIVIL ACTION NO. 1:22-CV-00140-SA-RP**

**BURL CAIN and**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                **RESPONDENTS**

### ORDER GRANTING PETITIONER'S MOTION TO PROCEED WITH PETITION FOR WRIT OF HABEAS CORPUS AND DISMISSING AS MOOT MOTION TO HOLD IN ABEYANCE

This matter comes before the Court on Petitioner's *pro se* motion [16] to proceed with petition for writ of habeas corpus. Petitioner previously filed a motion to hold in abeyance these federal habeas corpus proceedings while he completed his exhaustion of state court remedies. *See* Doc. # 4. In the instant filing, however, Petitioner avers that, because the Mississippi Supreme Court recently denied his motion for reconsideration, he has now exhausted all state court remedies, and wishes to go forward with these federal habeas corpus proceedings. Doc. # 16. The Court, therefore, finds that Petitioner's motion [16] to proceed with petition for writ of habeas corpus is hereby **GRANTED**. As such, the Court additionally finds that Petitioner's motion [4] to hold in abeyance should be **DISMISSED as moot**.

**SO ORDERED**, this the 4th day of January, 2023.

                                               /s/ Roy Percy
                                               UNITED STATES MAGISTRATE JUDGE