IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BRIAN SCOTT BERRYMAN**                                                                            **PETITIONER**

V.                                                             **CAUSE NO. 1:22-CV-00140-SA-RP**

**BURL CAIN and**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                     **RESPONDENTS**

# ORDER

This matter comes before the Court upon Petitioner's *pro se* letter [25] in which he requests a status update as to these federal habeas corpus proceedings. Petitioner seemingly takes issue with the speed with which these proceedings have moved. The Court notes first that Petitioner *knowingly* filed the instant federal habeas corpus petition before it had been exhausted. *See* Doc. #s 1, 4. Months later, once Petitioner's claims had been fully exhausted in state court, the Court directed the Respondents to file a response to the petition. *See* Doc. # 18. The matter has just recently become ripe for consideration. *See* Doc. #s 22, 24. Despite Petitioner's *apparent* belief to the contrary, his case is not the only case on the Court's active docket. The Court is currently considering the merits of Petitioner's claims, which are complex in nature, and will enter its ruling in due course. Petitioner will be notified, via United States mail, once that decision is reached.

      **SO ORDERED**, this the 14th day of June, 2023.

                                                      /s/ Roy Percy
                                                      UNITED STATES MAGISTRATE JUDGE