**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BRIAN SCOTT BERRYMAN**                                                **PETITIONER**

**V.**                                     **CAUSE NO. 1:22-CV-00140-SA-RP**

**BURL CAIN and
MISSISSIPPI DEPARTMENT OF CORRECTIONS**         **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, the petitioner's federal habeas petition is **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **GRANTED** as to Petitioner's claim in Ground One: whether a finding of a speedy trial violation requires dismissal of an indictment in whole or whether the *Barker* analysis may be conducted as to each charge separately, possibly resulting in a finding of a violation as to one charge, but not others. A certificate of appealability from this decision is **DENIED** as to all other claims.

**SO ORDERED**, this the 29th day of November, 2023.

                                                  /s/ Sharion Aycock
                                                **UNITED STATES DISTRICT JUDGE**